# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --           )
)
General Dynamics C4 Systems    )     ASBCA No. 60193
)
Under Contract No. W15P7T-07-D-N201   )

APPEARANCE FOR THE APPELLANT:     Raymond Fioravanti, Esq.
           Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
           DCMA Chief Trial Attorney
           Srikanti Schaffner, Esq.
           Trial Attorney
           Defense Contract Management Agency
           Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60193, Appeal of General Dynamics C4 Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals